Decided January 3, 2002

STATE OF CONNECTICUT *v.* TYRONE MITCHELL

The defendant's petition for certification for appeal from the Appellate Court, 66 Conn. App. 263 (AC 18962), is denied.

NORCOTT and KATZ, Js., dissenting. We would grant the defendant's petition for certification to appeal.

*Francis L. O'Reilly*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided January 3, 2002